1  **COLT B. DODRILL, ESQ.**
   **Nevada Bar No. 9000**
2  **JANET L. MERRILL, ESQ.**
   **Nevada Bar No. 10736**
3  **WOLFE & WYMAN LLP**
   **980 Kelly Johnson Drive, Ste 140**
4  **Las Vegas, NV 89119**
   **Tel: (602) 953-0100**
5  **Fax: (602) 953-0101**
   **cbdodrill@wolfewyman.com**
6
   **Attorneys for Plaintiff / Counterdefendant**
7  **PNC BANK, NATIONAL ASSOCIATION**

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  PNC BANK, NATIONAL ASSOCIATION, a National Banking Association, | CASE NO.: 2:15-cv-00108-RFB-CWH |
| 12 | |
| 13               Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| 14  STARFIRE CONDOMINIUM OWNERS' ASSOCIATION; CHERYL FLEMING; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8725 West Flamingo Road, #113, Las Vegas, Nevada, 89147 | **(FIRST REQUEST)** |
| 15 | |
| 16 | |
| 17 | |
| 18               Defendants. | |
| 19 | |
| 20  STARFIRE CONDOMINIUM OWNERS' ASSOCIATION, a Nevada non-profit corporation, | |
| 21 | |
| 22               Counterclaimant, | |
| 23       v. | |
| 24  PNC BANK, NATIONAL ASSOCIATION, a National Banking Association, | |
| 25               Counter-Defendants. | |
| 26 | |

27       The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

28       IT IS STIPULATED that Plaintiff PNC Bank, National Association's ("PNC") Motion for

2213448.1

Summary Judgment (Doc. 14.) previously filed herein on May 12, 2015, remains active and pending

following PNC's First Amended Complaint (Doc. 19.) filed herein on December 15, 2015;

IT IS FURTHER STIPULATED that Defendants Starfire Condominium Owners'

Association and Cheryl Fleming have up to and including February 25, 2016 to respond to PNC's

Motion for Summary Judgment (Doc. 14.); and

IT IS FURTHER STIPULATED that PNC shall have until March 10, 2016 to file its reply.

This stipulation is not made for any improper purpose or for delay.

**IT IS SO STIPULATED.**

Dated this 3rd day of February, 2016                    Dated this 3rd day of February, 2016

WOLFE & WYMAN LLP                                       ALESSI & KOENIG, LLC


By:  _/s/ Janet L. Merrill_____          By:  _/s/ Chantel M. Schimming_____
     JANET L. MERRILL, ESQ.                     CHANTEL M. SCHIMMING, ESQ.
     Nevada Bar No. 10736                       Nevada Bar No. 8886
     980 Kelly Johnson Drive, Ste. 140          9500 W. Flamingo Road, Ste. 205
     Las Vegas, NV  89119                       Las Vegas, NV  89147
     Attorneys for Plaintiff                    Attorneys for Defendants
     PNC BANK, NATIONAL                         STARFIRE CONDOMINIUM OWNERS'
     ASSOCIATION                                ASSOCIATION AND CHERYL
                                                FLEMING

2213448.1

**ORDER**

As stipulation of the parties and good cause appearing therefore, it is hereby ordered as follows:

IT IS HEREBY ORDERED that Plaintiff PNC Bank, National Association's ("PNC") Motion for Summary Judgment (Doc. 14.) previously filed herein on May 12, 2015, remains pending following PNC's First Amended Complaint (Doc. 19.) filed herein on December 15, 2015;

IT IS FURTHER ORDERED that Defendants Starfire Condominium Owners' Association and Cheryl Fleming have up to and including February 25, 2016 to respond to PNC's Motion for Summary Judgment; and

IT IS FURTHER ORDERED that PNC shall have until March 10, 2016 to file its reply.

**IT IS SO ORDERED.**

DATED:  February __4__, 2016

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by

WOLFE & WYMAN LLP

By:   _/s/ Janet L. Merrill_____
    JANET L. MERRILL, ESQ., SBN 10736
    980 Kelly Johnson Drive, Ste. 140
    Las Vegas, NV  89119
    *Attorneys for Plaintiff*
    *PNC BANK, NATIONAL*
    *ASSOCIATION*

2213448.1

**CERTIFICATE OF SERVICE**

On **February 3, 2016**, I served the **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** by the following means to the persons as listed below:

    **a**    ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Chantel M. Schimming, Esq.
Nevada Bar No. 8886
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147

*Attorneys for **Defendant/Counterclaimant/Third-Party Plaintiff STARFIRE CONDOMINIUM OWNERS' ASSOCIATION***

Phone: (702) 222-4033
Fax:     (702) 222-4043
E-Mail: chantel@alessikoenig.com

    **b**    United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary)

_____
Gabriela Rubio
An employee of Wolfe & Wyman LLP

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2213448.1