**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**DANIELA MADRID, ESQ.**
Nevada Bar No. 13530
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
dmadrid@wolfewyman.com

Attorneys for Plaintiff
**PNC BANK, NATIONAL ASSOCIATION**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a National Banking Association,<br><br>             Plaintiff,<br>   v.<br><br>STARFIRE CONDOMINIUM OWNERS' ASSOCIATION; CHERYL FLEMING; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8725 West Flamingo Road, #113, Las Vegas, Nevada, 89147,<br><br>             Defendants. | CASE NO. 2:15-cv-00108-RFB-CWH<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| STARFIRE CONDOMINIUM OWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>             Counterclaimant,<br>   v.<br><br>PNC BANK, NATIONAL ASSOCIATION, a National Banking Association,<br><br>             Counter-Defendant. | |
| STARFIRE CONDOMINIUM OWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>             Third-Party Plaintiff,<br>   v.<br><br>DANNY FRANK HARRINGTON a/k/a/ DANIEL F. HARRINGTON, an individual; NAM TU | |

1

2674288.1

| | |
|---|---|
| 1 | HARRINGTON, an individual; REPUBLIC MORTGAGE, A DIVISION OF OLD KENT MORTGAGE COMPANY, a foreign corporation; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA, a foreign corporation; DOE INDIVIDUALS I though X, inclusive; and ROE CORPORATIONS I through I, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Third-Party Defendants. |

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Gregory S. Bean, Esq., from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further notices.

The attorneys to be noticed of all further filings and hearings is as follows:

**Colt B. Dodrill, Esq. (Nevada Bar No. 9000)**
**cbdodrill@wolfewyman.com**

**Daniela Madrid, Esq. (Nevada Bar No. 13530)**
**dmadrid@wolfewyman.com**

DATED:  February 22, 2017         WOLFE & WYMAN LLP

By: */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
DANIELA MADRID, ESQ.
Nevada Bar No. 13530
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Plaintiff
PNC BANK, NATIONAL ASSOCIATION

IT IS SO ORDERED.

DATED: February 23, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2674288.1

## CERTIFICATE OF SERVICE

On February 22, 2017, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

   __X__      a.   ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Rock K. Jung      rock@alessikoenig.com
Steven T. Loizzi     steve@nrs116.com
Attorneys for Starfire Condominium Owners' Association

   __X__      b.   United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Cheryl Fleming
8725 West Flamingo Road, Apr. #113
Las Vegas, NV 89147
*Defendant*

By:   __/s/ *Lucille Chiusano*__
       LUCILLE CHIUSANO
       An employee of Wolfe & Wyman LLP

2674288.1